CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PHILLIP DARIUS CRAYTON, | |
| Plaintiff, | Civil Action No. 7:13-cv-00326 |
| v. | **DISMISSAL ORDER** |
| KILLBOURNE, et al., | By: Michael F. Urbanski |
| Defendant(s). | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 13th day of August, 2013.

/s/ Michael F. Urbanski
United States District Judge